

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 25, 2022

VIA ECF
Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> The October 31, 2022 conference is adjourned to December 7, 2022 at 10:30 a.m. and will proceed telephonically.  Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 10/21/2022
>
> _____
> P. Kevin Castel
> United States District Judge

Re:  *Chen* v. *Mayorkas, et al.*, 22 Civ. 5054 (PKC)

Dear Judge Castel:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate three Refugee/Asylee Relative Petitions (Forms I-730).  I write respectfully to request that the Court adjourn the initial pretrial conference presently scheduled for October 31, 2022, to a date during the week of December 5, 2022, or thereafter (with a corresponding extension of time for the preconference submission).  *See* ECF No. 13.

The reason for the request is that although the complaint was filed on June 20, 2022, the government was just recently served with the complaint on September 21, 2022.  As such, the government needs additional time to analyze the allegations in the complaint and its response to those allegations, as well as to determine next steps in this matter, which would be relevant to the preconference submission.  This is the government's first request for an adjournment of the initial pretrial conference.  The Court adjourned the previous initial pretrial conference because the government had not yet been served.  *See* Court's minute entry, September 19, 2022.  The plaintiff consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  *s/ Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)